ALBERT S. HUTCHINS *vs*. LINWOOD J. EMERY.

York County. Decided March 6, 1936. The motion in this case is overruled on the authority of the decision in the case of *Ethel M. Hutchins* v. *Linwood J. Emery*, just announced. Motion overruled.

VINCENT CELUCCI

*vs.*

CUMBERLAND COUNTY POWER AND LIGHT COMPANY.

Cumberland County. Decided March 17, 1936. This action is for damages incurred when plaintiff, in the evening of February 3, 1935, slipped from a step of defendant's trolley car, due, as claimed, to ice surfacing the step.

The only dispute is as to the facts, and there is sufficient evidence to justify the jury's verdict of $490.

The motion, therefore, is: Overruled. *Clifford E. McGlauflin*, for plaintiff. *Verrill, Hale, Booth & Ives*, for defendant.